UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL McGRATH,            )
                            )
    Plaintiff,              )
                            )
        v.                  )   NO. 3:12-0199
                            )
NASHVILLE VENTURES, LLC,    )   Judge Haynes/Bryant
                            )
    Defendant.              )

### O R D E R

This case has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 8). The initial case management conference is reset to **April 30, 2012, at 11:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The parties shall file a proposed case management order three (3) business days prior to April 30, 2012.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge