```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

MICHAEL McGRATH,              )
                              )
    Plaintiff,                )
                              )
          v.             )   NO.  3:12-0199
                              )
NASHVILLE VENTURES, LLC,      )   Judge Haynes/Bryant
                              )
    Defendant.                )

## O R D E R

Judge Haynes' Chambers has advised the Magistrate Judge's office that this case is set for a bench trial on **July 9, 2013, at 9:00 a.m.,** with a final pretrial conference on **June 24, 2013, at 3:00 p.m.**

Judge Haynes will issue a separate order setting out his requirements for both the trial and final pretrial conference at a later date.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge